William C. Neasham CSB # 72078
Patricia Kramer CSB # 155484
Chad A. Vierra CSB # 225801
NEASHAM & KRAMER LLP
Attorneys at Law
340 Palladio Parkway, Suite 535
Folsom, CA  95630
Tel: (916) 853-8030/Fax: (916) 853-8039

Attorneys for Plaintiff KELLY ALEXANDER and DONALD PORTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY ALEXANDER, an individual, DONALD PORTER, an individual,<br><br>    Plaintiffs,<br>v.<br><br>HUSSAM KUJOK, an individual; HUSSAM KUJOK, M.D., INC.; MARK DEBRUIN, an individual; DEBRUIN MEDICAL CENTER, A.P.C.; GILBERT MARTINEZ, an individual; FAMILY MEDICINE AND AMBULATORY CARE CENTERS, INC.; DHEERAJ KAMRA, an individual; CAPITOL INTERNAL MEDICINE ASSOCIATES; THOMAS A. DEL ZOTTO, an individual; ROBERT W. LARSEN, an individual; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 2:15-cv-00477-MCE-AC<br><br>**STIPULATION FOR PARTIAL DISMISSAL OF  CLAIMS WITH PREJUDICE AGAINST GILBERT MARTINEZ, AN INDIVIDUAL, AND FAMILY MEDICINE AND AMBULATORY CARE CENTERS ONLY; ORDER THEREON**<br><br>[Fed. R. Civ. P. 41(a)(2)] |

　　　　Plaintiff Donald Porter, by his undersigned counsel and defendants Gilbert Martinez, an individual, and Family Medicine and Ambulatory Care Centers, by their undersigned counsel, hereby agree and stipulate to the partial dismissal of this action with prejudice as to Gilbert Martinez and Family Medicine and Ambulatory Care Centers, Inc. as set forth below.

1

STIPULATION FOR PARTIAL DISMISSAL OF CLAIMS AGAINST GILBERT MARTINEZ, AN INDIVIDUAL, AND FAMILY MEDICINE AND AMBULATORY CARE CENTERS; ORDER THEREON
Case No. 2:15-CV00477-MCE-AC

Plaintiff seeks dismissal of the First Cause of Action for Unlawful Discrimination, Second Cause of Action for Violation of the Unruh Act, Third Cause of Action for Violation of Cal. Civ. Code §§54-54.8, Fifth Cause of Action for Violation of the Bane Act and Sixth Cause of Action for violation of the Rehabilitation Act against Gilbert Martinez and Family Medicine and Ambulatory Care Centers only. Each Party shall bear his/its own attorneys fees in connection herewith.

The parties hereto request that the court enter an order of this dismissal as to the First, Second, Third, Fifth and Sixth Causes of Action with prejudice against the Martinez Defendants only, pursuant to Federal Rule of Civil Procedure 41(a)(2).

Date:   June 20, 2016          NEASHAM & KRAMER LLP

By: /s/ Patricia Kramer
PATRICIA KRAMER
Attorneys for Plaintiffs Kelly Alexander and Donald Porter

Date: June 20, 2016            SCHUERING ZIMMERMAN & DOYLE, LLP

By: /s/ Theodore D. Poppinga
THEODORE D. POPPINGA
Attorneys for Defendants Gilbert Martinez, M.D.,
and Family Medicine and Ambulatory Care Centers, Inc.

## ORDER

In accordance with the parties' stipulation and good cause appearing, the First (1st), Second (2nd), Third (3rd), Fifth (5th) and Sixth (6th) Causes of Action only shall be dismissed with prejudice against Defendants **GILBERT MARTINEZ**, an individual, and **FAMILY MEDICINE AND AMBULATORY CARE CENTERS, INC.** only pursuant to Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED.

Dated: July 5, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

STIPULATION FOR PARTIAL DISMISSAL OF CLAIMS AGAINST GILBERT MARTINEZ, AN INDIVIDUAL, AND FAMILY MEDICINE AND AMBULATORY CARE CENTERS; ORDER THEREON
Case No. 2:15-CV00477-MCE-AC