UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY ALEXANDER, et al., | No. 2:15-cv-0477 MCE AC |
| Plaintiffs, | |
| v. | ORDER |
| HUSSAM KUJOK, et al., | |
| Defendants. | |

The undersigned hereby recuses himself as settlement judge from this action pursuant to 28 U.S.C. § 455 (a).  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further settlement proceedings which may be appropriate or required.  The settlement conference set for August 11, 2016, at 9:00 a.m. before the undersigned is hereby vacated.

Dated:  August 5, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Alexander0477.rec

1