William C. Neasham CSB # 72078
Patricia Kramer CSB # 155484
Chad A. Vierra CSB # 225801
NEASHAM & KRAMER LLP
Attorneys at Law
340 Palladio Parkway, Suite 535
Folsom, CA  95630
Tel: (916) 853-8030/Fax: (916) 853-8039

Attorneys for Plaintiff KELLY ALEXANDER and DONALD PORTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY ALEXANDER, an individual, DONALD PORTER, an individual,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>HUSSAM KUJOK, an individual; HUSSAM KUJOK, M.D., INC.; MARK DEBRUIN, an individual; DEBRUIN MEDICAL CENTER, A.P.C.; GILBERT MARTINEZ, an individual; FAMILY MEDICINE AND AMBULATORY CARE CENTERS, INC.; DHEERAJ KAMRA, an individual; CAPITOL INTERNAL MEDICINE ASSOCIATES; THOMAS A. DEL ZOTTO, an individual; ROBERT W. LARSEN, an individual; and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No.: 2:15-cv-00477-MCE-AC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON**<br><br>[Fed. R. Civ. P. 41(a)(2)] |

　　　　Plaintiffs Kelly Alexander and Donald Porter, by their undersigned counsel and defendants Gilbert Martinez, an individual, and Family Medicine and Ambulatory Care Centers, Inc. by their undersigned counsel, hereby agree and stipulate to the dismissal of this action in its entirety with prejudice as to Gilbert Martinez, an individual, and Family Medicine and Ambulatory Care Centers, Inc.

Each party to bear his/its own attorneys' fees and costs and request that the court enter an order of this dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2).

Date:   July 29, 2016              NEASHAM & KRAMER LLP

                                   By: /s/ Patricia Kramer
                                       PATRICIA KRAMER
                                   Attorneys for Plaintiffs Kelly Alexander and Donald Porter

Date: July 29, 2016                By: /s/ Theodore Poppinga
                                       THEODORE POPPINGA
                                   Attorneys for Defendants Gilbert Martinez, an individual,
                                   and Family Medicine and Ambulatory Care Centers, Inc.

## ORDER

In accordance with the foregoing stipulation, and good cause appearing, Defendants Gilbert Martinez, an individual, and Family Medicine and Ambulatory Care Centers, Inc. are hereby dismissed as Defendants to this lawsuit, with prejudice, each side to bear its own attorney's fees and costs. The case remains active as to all other Defendants.

IT IS SO ORDERED.

Dated:  August 5, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE