William C. Neasham CSB # 72078
Patricia Kramer CSB # 155484
Chad A. Vierra CSB # 225801
NEASHAM & KRAMER LLP
Attorneys at Law
340 Palladio Parkway, Suite 535
Folsom, CA  95630
Tel: (916) 853-8030/Fax: (916) 853-8039

Attorneys for Plaintiff KELLY
ALEXANDER and DONALD PORTER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY ALEXANDER, an individual, DONALD PORTER, an individual,<br><br>              Plaintiffs,<br><br>        v.<br><br>HUSSAM KUJOK, an individual; HUSSAM KUJOK, M.D., INC.; MARK DEBRUIN, an individual; DEBRUIN MEDICAL CENTER, A.P.C.; GILBERT MARTINEZ, an individual; FAMILY MEDICINE AND AMBULATORY CARE CENTERS, INC.; DHEERAJ KAMRA, an individual; CAPITOL INTERNAL MEDICINE ASSOCIATES; THOMAS A. DEL ZOTTO, an individual; ROBERT W. LARSEN, an individual; and DOES 1 through 10 inclusive,<br><br>              Defendants. | Case No.: 2:15-cv-00477-MCE-AC<br><br><br><br><br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON**<br><br>[Fed. R. Civ. P. 41(a)(2)] |

        Plaintiff Kelly Alexander, by her undersigned counsel and defendants Dheeraj Kamran, an

individual, and Capitol Internal Medicine Associates, by their undersigned counsel, hereby agree and

stipulate to the dismissal of this action in its entirety with prejudice as to Dheeraj Kamran and Capitol

1

Internal Medicine Associates.  Each party to bear his/its own attorneys' fees and costs and request that the court enter an order of this dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2).

Date:   June 20, 2016                         NEASHAM & KRAMER LLP

                                              By:  /s/  Patricia Kramer
                                                   PATRICIA KRAMER
                                              Attorneys for Plaintiffs Kelly Alexander and Donald Porter

Date: June 20, 2016                           By: /s/ Michele Raley
                                                   MICHELE RALEY
                                              Attorneys for Defendants Dheeraj Kamra and Capitol
                                              Internal Medicine Associates

## ORDER

In accordance with the foregoing stipulation, and good cause appearing, Defendants Dheeraj Kamran and Capitol Internal Medicine Associates are hereby dismissed as Defendants to this lawsuit, with prejudice, each side to bear its own attorney's fees and costs.  The case remains active as to all other Defendants.

IT IS SO ORDERED.

Dated:  August 5, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE