William C. Neasham CSB # 72078
Patricia Kramer CSB # 155484
Chad A. Vierra CSB # 225801
NEASHAM & KRAMER LLP
Attorneys at Law
340 Palladio Parkway, Suite 535
Folsom, CA  95630
Tel: (916) 853-8030/Fax: (916) 853-8039

Attorneys for Plaintiff KELLY
ALEXANDER and DONALD PORTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY ALEXANDER, an individual, DONALD PORTER, an individual,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>HUSSAM KUJOK, an individual; HUSSAM KUJOK, M.D., INC.; MARK DEBRUIN, an individual; DEBRUIN MEDICAL CENTER, A.P.C.; GILBERT MARTINEZ, an individual; FAMILY MEDICINE AND AMBULATORY CARE CENTERS, INC.; DHEERAJ KAMRA, an individual; CAPITOL INTERNAL MEDICINE ASSOCIATES; THOMAS A. DEL ZOTTO, an individual; ROBERT W. LARSEN, an individual; and DOES 1 through 10 inclusive,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-00477-MCE-AC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON**<br><br>[Fed. R. Civ. P. 41(a)(2)] |

　　　Plaintiffs Kelly Alexander and Donald Porter, by their undersigned counsel and defendants Hussam Kujok, an individual, and Hussam Kujok, M.D., Inc., by their undersigned counsel, hereby agree and stipulate to the dismissal of all claims with prejudice against defendants Hussam Kujok, an individual, and Hussam Kujok, M.D., Inc. only.  Each party to bear his/its own attorneys' fees and costs

and request that the court enter an order of this dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2).

Date: September 1, 2016　　　　　　　　NEASHAM & KRAMER LLP

　　　　　　　　　　　　　　　　　　　By: /s/ Patricia Kramer_____
　　　　　　　　　　　　　　　　　　　　　PATRICIA KRAMER
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs Kelly Alexander and Donald Porter

Date: September 1, 2016　　　　　　　　LOW McKINLEY BALERIA & SALENKO, LLP

　　　　　　　　　　　　　　　　　　　By: /s/ Thomas Garberson_____
　　　　　　　　　　　　　　　　　　　　　THOMAS GARBERSON
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants Hussam Kujok and Hussam Kujok, M.D., Inc.

## ORDER

In accordance with the foregoing stipulation, and good cause appearing, Defendants Hussam Kujok, an individual, and Hussam Kujok, M.D., Inc. are dismissed with prejudice from Plaintiff's Complaint, Case Number 2:15-CV00477-MCE-AC. The case remains pending against other Defendants.

IT IS SO ORDERED.

DATED: September 2, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE