William C. Neasham CSB # 72078
Patricia Kramer CSB # 155484
Chad A. Vierra CSB # 225801
NEASHAM & KRAMER LLP
Attorneys at Law
340 Palladio Parkway, Suite 535
Folsom, CA  95630
Tel: (916) 853-8030/Fax: (916) 853-8039

Attorneys for Plaintiff KELLY
ALEXANDER and DONALD PORTER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY ALEXANDER, an individual, DONALD PORTER, an individual,<br><br>            Plaintiffs,<br>    v.<br><br>HUSSAM KUJOK, an individual; HUSSAM KUJOK, M.D., INC.; MARK DEBRUIN, an individual; DEBRUIN MEDICAL CENTER, A.P.C.; GILBERT MARTINEZ, an individual; FAMILY MEDICINE AND AMBULATORY CARE CENTERS, INC.; DHEERAJ KAMRA, an individual; CAPITOL INTERNAL MEDICINE ASSOCIATES; THOMAS A. DEL ZOTTO, an individual; ROBERT W. LARSEN, an individual; and DOES 1 through 10 inclusive,<br><br>            Defendants. | Case No.: 2:15-cv-00477-MCE-AC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON**<br><br>[Fed. R. Civ. P. 41(a)(2)] |

  Plaintiffs Kelly Alexander and Donald Porter, by their undersigned counsel and defendant THOMAS A. DEL ZOTTO, an individual, by his undersigned counsel, hereby agree and stipulate to the dismissal of this action in its entirety with prejudice as to defendant THOMAS A. DEL ZOTTO, an individual, <u>only</u>.  Each party to bear his/her own attorneys' fees and costs and request that the court enter an order of this dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2).

Date: October 17, 2016     NEASHAM & KRAMER LLP

By: /s/ Patricia Kramer
PATRICIA KRAMER
Attorneys for Plaintiffs Kelly Alexander and Donald Porter

Date: October 17, 2016     POLLARA LAW GROUP

By: /s/ Vanessa Hunter
VANESSA HUNTER
Attorneys for Defendant Thomas Del Zotto

## ORDER

In accordance with the foregoing stipulation, and good cause appearing, Defendant Thomas A. Del Zotto is dismissed from this action, with prejudice, each side to bear its own costs and attorney's fees relative to said dismissal. This dismissal is operative as to Defendant Del Zotto, only, and does not affect the remaining defendants in this matter, against whom the case remains ongoing.

IT IS SO ORDERED.

DATED: November 10, 2016

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE