William C. Neasham CSB # 72078
Patricia Kramer CSB # 155484
Chad A. Vierra CSB # 225801
NEASHAM & KRAMER LLP
Attorneys at Law
340 Palladio Parkway, Suite 535
Folsom, CA  95630
Tel: (916) 853-8030/Fax: (916) 853-8039

Attorneys for Plaintiff KELLY ALEXANDER and DONALD PORTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY ALEXANDER, an individual, DONALD PORTER, an individual,<br><br>Plaintiffs,<br>v.<br><br>HUSSAM KUJOK, an individual; HUSSAM KUJOK, M.D., INC.; MARK DEBRUIN, an individual; DEBRUIN MEDICAL CENTER, A.P.C.; GILBERT MARTINEZ, an individual; FAMILY MEDICINE AND AMBULATORY CARE CENTERS, INC.; DHEERAJ KAMRA, an individual; CAPITOL INTERNAL MEDICINE ASSOCIATES; THOMAS A. DEL ZOTTO, an individual; ROBERT W. LARSEN, an individual; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00477-MCE-AC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ONLY MARK DEBRUIN, AN INDIVIDUAL, AND DEBRUIN MEDICAL CENTER, A.P.C.;  ORDER THEREON**<br><br>[Fed. R. Civ. P. 41(a)(2)] |

Plaintiff Kelly Alexander, by her undersigned counsel and defendants Mark Debruin, an individual, and Debruin Medical Center, A.P.C., by their undersigned counsel, hereby agree and stipulate to the dismissal of this action in its entirety with prejudice as to Mark Debruin and Debruin

Medical Center, A.P.C. only.  Each party to bear her/its own attorneys' fees and costs and request that the court enter an order of this dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2).

Date:  August 26, 2016			NEASHAM & KRAMER LLP

						By: /s/ Patricia Kramer
						    PATRICIA KRAMER
						Attorneys for Plaintiffs Kelly Alexander and Donald Porter

Date: August 26, 2016			GALLOWAY, LUCCHESE, EVERSON, & PICCHI

						By: /s/ Aaron Schultz
						    AARON SCHULTZ
						Attorneys for Defendants Mark Debruin and Debruin Medical Center, A.P.C.

**ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ONLY DEFENDANTS MARK DEBRUIN, AN INDIVIDUAL, AND DEBRUIN MEDICAL CENTER, A.P.C.**

**IT IS HEREBY ORDERED** that ONLY Defendants **MARK DEBRUIN**, an individual, and **DEBRUIN MEDICAL CENTER, A.P.C.**, are dismissed with prejudice from Plaintiff's Complaint, Case Number 2:15-CV00477-MCE-AC.

**IT IS SO ORDERED.**

Dated:  November 28, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE