William C. Neasham CSB # 72078
Patricia Kramer CSB # 155484
Chad A. Vierra CSB # 225801
NEASHAM & KRAMER LLP
Attorneys at Law
340 Palladio Parkway, Suite 535
Folsom, CA  95630
Tel: (916) 853-8030/Fax: (916) 853-8039

Attorneys for Plaintiff KELLY
ALEXANDER and DONALD PORTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY ALEXANDER, an individual, DONALD PORTER, an individual,<br><br>    Plaintiffs,<br>    v.<br><br>HUSSAM KUJOK, an individual; HUSSAM KUJOK, M.D., INC.; MARK DEBRUIN, an individual; DEBRUIN MEDICAL CENTER, A.P.C.; GILBERT MARTINEZ, an individual; FAMILY MEDICINE AND AMBULATORY CARE CENTERS, INC.; DHEERAJ KAMRA, an individual; CAPITOL INTERNAL MEDICINE ASSOCIATES; THOMAS A. DEL ZOTTO, an individual; ROBERT W. LARSEN, an individual; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 2:15-cv-00477-MCE-AC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON**<br><br>[Fed. R. Civ. P. 41(a)(2)] |

    Plaintiffs Kelly Alexander and Donald Porter, by their undersigned counsel and defendant ROBERT W. LARSEN, an individual, by his undersigned counsel, hereby agree and stipulate to the dismissal of this action in its entirety with prejudice as to defendant ROBERT W. LARSEN, an individual, <u>only</u>.  Each party to bear his/her own attorneys' fees and costs and request that the court enter an order of this dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2).

Date: March 10, 2017        NEASHAM & KRAMER LLP

By: /s/ Patricia Kramer
PATRICIA KRAMER
Attorneys for Plaintiffs Kelly Alexander and Donald Porter

Date: March 10, 2017        BRADLENY, CURLEY, ASIAN, et al.

By: /s/ Mark Gibson
MARK GIBSON
Attorneys for Defendant Robert W. Larsen

**ORDER**

In accordance with the foregoing stipulation of counsel, and good cause appearing, Defendant Robert W. Larsen ONLY is hereby dismissed from this action, with prejudice.

IT IS SO ORDERED.

Dated:  March 14, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE